**SEALED**

1 | BENJAMIN B. WAGNER
United States Attorney
2 | LEE S. BICKLEY
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2727



FILED
OCT 26 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. |
|---|---|
| Plaintiff, | ) 2:12-MJ--278  DAD |
| v. | ) SEALING ORDER |
| SHAY DIN ALTIT, | ) |
| Defendant. | ) |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrant, and accompanying affidavit in the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Date: 10/26/12

_____
DALE A. DROZD
United States Magistrate Judge