BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Mordechay Altit, et. al.,<br><br>    Defendants. | CASE NO.  2:12-CR-0389 MCE<br><br>STIPULATION REGARDING CONINUATION OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: JANUARY 3, 2013<br>TIME: 9:00 A.M.<br>JDGE: MORRISON C. ENGLAND, JR. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Shay Din Altit , by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on January 3, 2013.

2.     By this stipulation, defendant now moves to continue the status conference as to Shay Din Altit only until January 24, 2013, and to exclude time between January 3, 2013 and January 24, 2013, under Local Code T4.  Plaintiff does not oppose this request.

3.     The parties agree and stipulate, and request that the Court find the following:

1

a. The government has represented that the discovery associated with this case includes over 700 pages of investigative reports and bank records and related documents plus numerous jail house calls. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with his/her client.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 3, 2013 to January 24, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Counsel for defendant Mordechay Altit filed on December 13, 2012, a stipulation and

proposed order requesting that his status conference be moved until Thursday, March 14, 2013.

IT IS SO STIPULATED.

DATED:      December 17, 2012.

                    /s/ Lee S. Bickley
                    Lee S. Bickley
                    Assistant United States Attorney

DATED:      December 17, 2012

                    /s/    Lee. S. Bickley for
                    Joseph T. Vodnoy
                    Counsel for Defendant Shay Din Altit

### O R D E R

IT IS SO FOUND AND ORDERED.  The trial conference in this matter is hereby continued to January 24, 2012, at 9 a.m.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between January 3, 2013 to January 24, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

Dated:  December 26, 2012

                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT