**Mark J. Werksman, Esq. (State Bar No. 120767)**
**LAW OFFICES OF MARK J. WERKSMAN**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California  90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**
**Email: mwerksman@werksmanlaw.com**

**Attorneys for Defendant**
**SHAY DIN ALTIT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>SHAY DIN ALTIT,<br><br>            Defendants. | Case No.  2:12-CR-0389 GEB<br><br>**[PROPOSED] ORDER TO ALLOW DEFENDANT SHAY ALTIT TO TRAVEL TO KUALA LUMPUR, MALAYSIA AND SINGAPORE FOR WORK** |

IN CONSIDERATION OF THE CONDITIONS STIPULATED AND AGREED to by Defendant Shay Altit, by and through his counsel of record, the Law Offices of Mark J. Werksman, and the United States of America, by and through Assistant United States Attorney Lee Bickley, defendant Altit shall be allowed to travel to Kuala Lumpur, Malaysia and Singapore for business purposes from July 25, 2013 through August 10, 2013.

IT IS FURTHER STIPULATED AND AGREED as follows:  that Mr. Altit shall provide to the Pre-Trial Services office a detailed itinerary of his travel plans to and from and within Kuala Lumpur, Malaysia and Singapore no later than one week prior to his departure; that the  Pre-Trial Services in Sacramento, which is

currently supervising Mr. Altit shall forthwith transmit Mr. Altit's passport to the Pre-Trial Services Office in Los Angeles so that Mr. Altit can retrieve his passport no later than two (2) court days prior to his departure to Kuala Lumpur, Malaysia and Singapore; and that Mr. Altit shall check in with his Pre-Trial Officer and return his passport to the Pre-Trial Services office within one court day of returning to Los Angeles.

All other terms and conditions of Mr. Altit's supervision shall remain in full force and effect.

IT IS SO ORDERED.

**Date: 7/12/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge