**Mark J. Werksman, Esq. (State Bar No. 120767)**
**LAW OFFICES OF MARK J. WERKSMAN**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California  90017**
Telephone: (213) 688-0460
Facsimile: (213) 624-1942
Email: mwerksman@werksmanlaw.com

**Attorneys for Defendant**
SHAY DIN ALTIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SHAY DIN ALTIT,<br><br>    Defendant. | Case No.  2:12-CR-0389 GEB<br><br>**ORDER EXONERATING BOND AND AUTHORIZING RETURN PASSPORT** |

IT IS HEREBY ORDERED that the $50,000.00 bond submitted in this case is exonerated. Further, the Clerk of Court shall return Defendant Shay Din Altit's passport to him by delivery of it to his counsel of record, the Law Offices of Mark J. Werksman.

Dated:  December 3, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1