**Mark J. Werksman, Esq. (State Bar No. 120767)**
**LAW OFFICES OF MARK J. WERKSMAN**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California  90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**
**Email: mwerksman@werksmanlaw.com**

**Attorneys for Defendant**
SHAY DIN ALTIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHAY DIN ALTIT, <br><br> Defendants. | Case No.  2:12-CR-0389 GEB <br><br> **[PROPOSED] ORDER GRANTING BLANKET PERMISSION TO TRAVEL FOR WORK** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant, Shay Din Altit shall be granted a blanket permission to travel within the United States and internationally for the purposes of work subject to the approval of his Probation Officer. Mr. Altit shall contact his Probation Officer two weeks prior to his departure for any trip to advise his itinerary. All other terms and conditions of Mr. Altit's probation shall remain intact.

IT IS SO ORDERED.

Dated:  October 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1